NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JEFFREY BOUDER, BRIAN C. KENNEDY and CAROL KENNEDY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC., THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),<br><br>    Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-CV-4359 (DMC) |

This matter comes before the Court upon motion by Defendants Prudential Financial, Inc. and The Prudential Insurance Company of America (collectively "Defendants") to require Plaintiffs to cease and desist from their attempted notice and mass communications to putative plaintiffs; and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

IT IS on this 8th day of November, 2007;

**ORDERED** that Defendants' motion to require Plaintiffs to cease and desist from their attempted notice and mass communications to putative plaintiffs is **granted**; and it is further

**ORDERED** that Plaintiffs are precluded from sending any communication to prospective

collective action plaintiffs without first seeking and obtaining court approval pursuant to Section 216(b) of the Fair Labor Standards Act and this Court's Scheduling Order dated February 20, 2007, and as modified on May 23 and July 1, 2007.

     S/ Dennis M. Cavanaugh
    Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk |
| cc: | All Counsel of Record |
| | Hon. Mark Falk, U.S.M.J. |
| | File |