## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY BOUDER, *et al.*,<br><br>                     **Plaintiffs,**<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC., THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, *et al.*,<br><br>                     **Defendants.** | Civil Action No. 06-4359 (DMC)<br><br><br><u>**ORDER**</u> |

**THIS MATTER** having come before the Court upon Defendants' motion to strike the expert declaration of David M. Denmark and preclude his testimony [CM/ECF No. 182]; and the Court having considered the papers in support of and in opposition to the motion; and for the reasons set forth in the Opinion issued on this date; and for good cause shown;

**IT IS** on this 21st day of May 2010,

**ORDERED** that Defendants' motion is **GRANTED**.

s/Mark Falk<br>
**MARK FALK**<br>
**United States Magistrate Judge**

Orig: Clerk of the Court
cc:     Honorable Dennis M. Cavanaugh, U.S.D.J.
         Counsel of Record
          File